NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID M. PECARD,**
*Petitioner,*

v.

**DEPARTMENT OF AGRICULTURE,**
*Respondent.*

---

2011-3151

---

Petition for review of the Merit Systems Protection Board in case no. DA3330090730-B-1.

---

## ON MOTION

---

## ORDER

David M. Pecard moves out of time for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Pecard's brief is due within 30 days of the date of filing of this order. No further extensions should be anticipated.

FOR THE COURT

SEP 14 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David M. Pecard
    Kent C. Kiffner, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 14 2011

JAN HORBALY
CLERK